# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GLORIA J. PITTS, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, <br><br> Defendant | Case No. 2:16-cv-02116-APG-GWF <br><br> **ORDER (1) DENYING MOTION TO REMAND, (2) GRANTING MOTION TO AFFIRM, AND (3) ACCEPTING REPORT AND RECOMMENDATION** <br><br> (ECF. Nos. 14, 18, 21) |

On August 27, 2018, Magistrate Judge Foley entered a report and recommendation that I deny the plaintiff's motion for remand and grant the defendant's motion to affirm. ECF No. 21. Plaintiff Gloria Pitts did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

IT IS THEREFORE ORDERED that Judge Foley's report and recommendation **(ECF No. 21) is accepted**. Plaintiff Gloria Pitts' motion to remand **(ECF No. 14) is DENIED** and defendant Carolyn Colvin's motion to affirm **(ECF No. 18) is GRANTED**. The clerk of court is instructed to enter judgment in favor of defendant Carolyn Colvin and against plaintiff Gloria Pitts.

DATED this 12th day of October, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE